```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6185-CIV-FERGUSON
                              MAGISTRATE JUDGE SORRENTINO
```

TODD RICHARDSON,                :

    Petitioner,             :

v.                              :    **ORDER REQUIRING**
                                                    **FEE OR IFP MOTION**

MICHAEL MOORE,                  :

    Respondent.             :

[FILED by ___ D. MAG. SEC. FEB 22 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]

    The petitioner has filed a petition for writ of habeas corpus but has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. It is thereupon

    ORDERED AND ADJUDGED as follows:

    1. On or before March 17, 2000, the petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis* with supporting financial affidavit upon the form provided with this Order.

    2. If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case. This is especially important where the prisoner has filed more than one case.

    3. The petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

    DONE AND ORDERED at Miami, Florida, this __22__ day of February, 2000.

                                                 /s/ Clarence Sorrentino
                                                 UNITED STATES MAGISTRATE JUDGE

cc: Todd Richardson, <u>Pro Se</u>
DC #961139
Glades Correctional Institution
500 Orange Avenue Circle
Belle Glade, FL 33430-5221