```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6185-CIV-FERGUSON
                              MAGISTRATE JUDGE SORRENTINO
```

TODD RICHARDSON,

      Petitioner

v.                                           ORDER TO PETITIONER TO
                                             RESPOND TO LIMITATIONS PERIOD
MICHAEL MOORE,

      Respondents.

[Stamp: FILED by ___ D.C. / MAG. SEC. / FEB 2 2 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. MIAMI]

    This Cause is before the Court upon the petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254, which was referred to the undersigned for report and recommendation. The petition may be barred from consideration by this Court unless the petitioner demonstrates that one of the following things occurred <u>within one year from the date the petition was filed</u>:

    (1)    The petitioner's judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (2)    The date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (3)    The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)    The date on which the factual predicate of the claim or claims presented could



have been discovered through the exercise of due diligence.

The petitioner is instructed that the time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward the period of limitation.

It is thereupon

ORDERED AND ADJUDGED that on or before March 17, 2000, the petitioner shall file a memorandum stating whether one or more of the four factors listed above justifies consideration of the petition for writ of habeas corpus.

The petitioner is instructed that failure to demonstrate the existence of at least one of the four factors listed above will probably result in dismissal of the petition for writ of habeas corpus.

DONE AND ORDERED at Miami, Florida, this 22 day of February, 2000.

UNITED STATES MAGISTRATE JUDGE

```
cc:  Todd Richardson, Pro Se
     DC #961139
     Glades Correctional Institution
     500 Orange Avenue Circle
     Belle Glade, FL 33430-5221
```