UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Dodd Richardson*,
Plaintiff./Petitioner,

CASE NO. 00CV6185-WDF

MAGISTRATE JUDGE CHS

V.

**CLERK'S NOTICE OF**
**RECEIPT OF FILING FEE**

*Michael Moore*,
Defendant/Respondent,

_____/

The Clerk notifies the Court that the filing fee of $ 5.00 was received, receipt number 5186MM.

DONE at the Fort Lauderdale Federal Building and Courthouse, Ft. Lauderdale, Florida, this 24th day of February, 2000.

**Clarence Maddox**
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

```
Thu Feb 24 15:43:07 2000

    UNITED STATES DISTRICT COURT

    MIAMI          , FL

Receipt No.   401 518677
Cashier       liz

Tender Type   CASH

Transaction Type   N

DO Code    Div No     Acct
 4600        0       086900

Amount             $    5.00

TODD RICHARDSON

00CV6185/FERGUSON /FILING FEE PER ORDER/
CHS-02/22/00
```

```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6185-CIV-FERGUSON
                                    MAGISTRATE JUDGE SORRENTINO
TODD RICHARDSON,            :

     Petitioner,            :

v.                          :       ORDER REQUIRING
                                    FEE OR IFP MOTION
MICHAEL MOORE,              :

     Respondent.            :
_____
```

FILED by _____ D.
MAG. SEC.
FEB 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The petitioner has filed a petition for writ of habeas corpus but has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. It is thereupon

ORDERED AND ADJUDGED as follows:

1. On or before March 17, 2000, the petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion to proceed *in forma pauperis* with supporting financial affidavit upon the form provided with this Order.

2. If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case. This is especially important where the prisoner has filed more than one case.

3. The petitioner is cautioned that failure to comply with this Order may result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, this __22__ day of February, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Todd Richardson, <u>Pro Se</u>
     DC #961139
     Glades Correctional Institution
     500 Orange Avenue Circle
     Belle Glade, FL 33430-5221

2

Scanned Image - 0:00CV6185 Document 5 page 2 Wed Feb 23 16:08:24 2000