AO 240 (Rev. 1/94)

FILED BY _____ D.C.

2000 MAR 17 PM 12:27

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

# United States District Court
SOUTHERN DISTRICT OF FLORIDA

STATE OF FLORIDA

Plaintiff

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

TODD RICHARDSON,

Defendant

CASE NUMBER: 00-6185-CIV-FERGUSON

I, Todd Richardson, _____ declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: [X] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __Glade Correction Inst.__

    Are you employed at the institution? __XX__   Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   [ ] Yes   [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    NONE

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    
    DON'T KNOW  S/.A/

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   Yes [ ]   No [X]
    b. Rent payments, interest or dividends            Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments  Yes [ ]   No [X]
    d. Disability or workers compensation payments     Yes [ ]   No [X]
    e. Gifts or inheritances                           Yes [ ]   No [X]
    f. Any other sources                               Yes [ ]   No [X]

If the answer to any of the above is "yes" describe each source of money and state the amount received

AO 240 (Rev 1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "yes" state the total amount. _____None_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "yes" describe the property and state its value.
   
   None

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

_3-15-00_
DATE

_Jadd Richardson_
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __.10__ on account to his/her credit at (name of institution) __Glade Correctional Institution__ I further certify that the applicant has the following securities to his/her credit: __Inmate Account at Glade Corrections__. I further certify that during the past six months the applicant's average balance was $ __.80__.

_3/15/00_
DATE

_Ms. Delgado_
SIGNATURE OF AUTHORIZED OFFICER