AO 240 (Rev. 1/94)

# United States District Court
SOUTHERN _____ DISTRICT OF _____ FLORIDA

STATE OF FLORIDA

Plaintiff

TODD RICHARDSON,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 00-6185-CIV-FERGUSON

**ORDER**
☐ Granted
☒ Denied  as moot.
Comments: The filing fee was paid.

Dated: 3/25/00
_____
U. S. Magistrate Judge

I, Todd Richardson, _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☒ Yes   ☐ No   (If "No" go to Part 2)
   If "Yes" state the place of your incarceration __Glade Correction Inst.__
   Are you employed at the institution? __XX__   Do you receive any payment from the institution? _____
   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   NONE

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   DON'T KNOW

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends   Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments   Yes ☐   No ☒
   d. Disability or workers compensation payments   Yes ☐   No ☒
   e. Gifts or inheritances   Yes ☐   No ☒
   f. Any other sources   Yes ☐   No ☒

   If the answer to any of the above is "yes" describe each source of money and state the amount received