UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6185-Civ-FERGUSON
MAGISTRATE JUDGE SORRENTINO

TODD RICHARDSON,           :

    Petitioner,        :
                                       FINAL JUDGMENT
v.                         :   HABEAS CORPUS

MICHAEL MOORE,             :

    Respondent.        :

[FILED by ___ D.C.  OCT 2 3 2000  CLARENCE MADDOX  CLK OF U.S. DIST. CT.  S.D. OF F.A. FT. LAUD.]

For the reasons stated in the report of the Magistrate Judge, and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

    1.    This petition for writ of habeas corpus is denied.

    2.    All motions not otherwise ruled upon are dismissed, as moot.

    3.    This case is closed.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 23RD day of OCTOBER, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc:  Todd Richardson, Pro Se
     Robert R. Wheeler, AAG

