FILED by ___ D.C.

MAY 2 200.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

TODD RICHARDSON.

Case No. 00-6185-CIV-FERGUSON

Petitioner.

v.

MICHAEL W. MOORE,

Respondent.

_____/

### ORDER GRANTING PETITION FOR CERTIFICATE OF APPEALABILITY

For the reasons stated below a certificate of appealability is **GRANTED**.

The question certified is whether an attorney's strategy, in argument to the jury, to concede his client's guilt of a lesser included offense, constitutes ineffective assistance of counsel, per se, under the rule of law announced in Francis v. Spraggins, 720 F.2d 1190 (11th Cir. 1983) where the evidence is less than overwhelming against the defendant. See McNeal v. Wainwright, 722 F.2d 674 (11th Cir. 1984)(holding that defense counsel's argument which suggested that defendant was guilty of manslaughter in a first-degree murder case was a tactical decision which did not constitute ineffective assistance of counsel, notwithstanding that the argument was given without defendant's prior knowledge or consent, in light of overwhelming evidence against defendant).

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 2ND day of May, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies provided:
Todd Richardson, *Pro se*
Robert Wheeler, AAG

