

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W.
ATLANTA, GA. 30303

TODD RICHARDSON,
APPELLANT,

vs.

SEC. OF FLA. DEPT. OF CORR., et al.,
APPELLEE(S).

CASE NO: 01-14119-J

DC DKT NO: 00-06185-CV-WDF

### MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, TODD RICHARDSON, PRO SE APPELLANT IN THE ABOVE-STYLED CAUSE, WHO HEREBY MOVES THIS COURT TO ENTER AN ORDER ALLOWING HIM TO PROCEED IN FORMA PAUPERIS IN THE CASE AT BAR WITHOUT PREPAYMENT OF COSTS AND FEES ASSOCIATED THEREWITH, AND WHO, IN SUPPORT THEREOF AND AS GROUNDS THEREFORE WOULD SAY THAT:

1.) AS EVIDENCED IN THE ATTACHED AFFIDAVIT, THE APPELLANT IS WITHOUT FUNDS TO PAY SUCH COSTS AND FEES; HAS NO PROPERTY, REAL OR OTHERWISE; HAS NO STOCKS, BONDS, OR OTHER NEGOTIABLE INSTRUMENTS WITH WHICH TO PAY SUCH COSTS AND FEES; NOR HAS HE DISPOSED OF ANY SUCH PROPERTY IN ORDER TO AVOID THE PAYMENT OF SAME.

2.) THE APPELLANT IS OF THE FIRM BELIEF THAT HE HAS AN ACTIONABLE CAUSE.

3.) THE INSTANT MOTION AND ACCOMPANYING AFFIDAVIT ARE BEING SUBMITTED IN GOOD FAITH.

WHEREFORE, BASED ON THE ABOVE AND HEREIN-INCLUDED FACTS AND GROUNDS, (AS WELL AS THOSE SET FORTH IN THE HEREWITH-ACCOMPANYING AFFIDAVIT),

(WHICH IS INCLUDED AND INCORPORATED BY REFERENCE), THE APPELLANT PRAYS THIS COURT GRANT THIS MOTION AND ALLOW HIM TO PROCEED IN FORMA PAUPERIS IN THE CASE AT BAR, AND TO FURTHER GRANT ANY AND ALL ADDITIONAL AND/OR ALTERNATIVE RELIEF(S) AVAILABLE ACCORDING TO LAW AND AS DEEMED APPROPRIATE BY THIS HONORABLE COURT.

RESPECTFULLY SUBMITTED,

*(signature)*

TODD RICHARDSON, MOVANT/AFFIANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THAT I HAVE READ THE FOREGOING MOTION AND ATTACHMENTS AND THAT THE FACTS SET FORTH THEREIN ARE TRUE AND CORRECT, AND THAT A TRUE AND CORRECT COPY OF SAME HAS BEEN FILED AND FURNISHED BY ME PURSUANT TO THE "FEDERAL MAILBOX RULE" VIA SUBMISSION TO INSTITUTIONAL AUTHORITIES FOR MAILING TO THIS COURT AND:

ROBERT R. WHEELER, ASST. ATTY. GENERAL
1655 PALM BEACH LAKES BLVD., STE. 300
WEST PALM BEACH, FL 33401,

ON THIS 8TH DAY OF AUGUST, 2001.

*(signature)*

TODD RICHARDSON
DC# 961139, C3-202U
GLADES CORRECTIONAL INSTITUTION
500 ORANGE AVENUE CIRCLE
BELLE GLADE, FL 33430-5221

CC: FILE

2

# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States COURT OF APPEALS, ELEVENTH CIRCUIT

TODD RICHARDSON, APPELLANT

v.

SEC. FOR THE DEPT. OF CORR., APPELLEE.

11th Cir. No. 01-14119-J

District Court No. 00-06185-CV-WDF

REC'D by AUG 16 2001

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)

Signed: [signature]

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to within your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 08/08/01

**My issues on appeal are:**
DISTRICT COURT ERRED IN AFFIRMANCE OF TRIAL COURT'S DENIAL OF GROUND ASSERTING INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL FOR HAVING CONCEDED DEFENDANT'S GUILT AT TRIAL, CONTRARY TO HIS EXPRESS DIRECTIVE OTHERWISE, IN VIOLATION OF U.S. CONST., AMEND. 5, 6, & 14.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 50 | $ 0 | $ 50 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 50 | $ 0 | $ 50 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| `` | `` | `` | `` |
| `` | `` | `` | `` |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| `` | `` | `` | `` |
| `` | `` | `` | `` |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FLA. DEPT. OF CORR. - INMATE ACCOUNT - (SEE ATTACHED REQUEST FOR CERTIFICATE) | | $ 0 | $ — |
| | | $ — | $ — |
| | | $ — | $ — |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| 0 | 0 | 0 |
| — | — | Make & year: 0 |
| — | — | Model: N/A |
| | | Registration #: `` |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: 0 | 0 | 0 |
| Model: N/A | `` | `` |
| Registration #: `` | `` | `` |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | 0 | 0 |
| `` | `` | `` |
| `` | `` | `` |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
| N/A  | N/A          | N/A |
| ''   | ''           | ''  |
| ''   | ''           | ''  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ 0 |
| Are real-estate taxes included? ☐Yes ☐No | | |
| Is property insurance included? ☐Yes ☐No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 4.00 | $ 4.00 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 12.00 | $ 12.00 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ 0 |
|     Homeowner's or renter's | $ 0 | $ 0 |
|     Life | $ 0 | $ 0 |
|     Health | $ 0 | $ 0 |
|     Motor Vehicle | $ 0 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
|     Motor Vehicle | $ 0 | $ 0 |
|     Credit card (name): _____ | $ 0 | $ 0 |
|     Department store (name): _____ | $ 0 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): TOILETRIES, COSMETICS/ HYGIENE, POSTAGE, STATIONARY, RECREATIONAL CLOTHING AND OTHER SUPPLIES NOT FURNISHED BY THE F.D.O.C. | $ 90.00 | $ 90.00 |
| **Total monthly expenses:** | $ 106.00 | $ 106.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐Yes ☒No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐Yes ☒No
    If yes, how much? $ __0__
    If yes, state the attorney's name, address, and telephone number:
    
    _____N/A_____
    _____``_____
    _____``_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    ☐Yes ☒No
    If yes, how much? $ __0__
    If yes, state the person's name, address, and telephone number:
    
    _____N/A_____
    _____``_____
    _____``_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    THE FLORIDA DEPARTMENT OF CORRECTIONS DOES NOT PROVIDE ANY MONETARY REMUNERATION FOR WORK PERFORMED, AND SUPPLIES ONLY THE BARE-MINIMUM NECESSETIES OF LIFE. SOME PERSONAL FUNDS ARE REQUIRED TO MAINTAIN A "REASONABLE QUALITY OF LIFE" IN ADDITION THERETO.

13. State the address of your legal residence. DC# 961139, C3-202U
    GLADES CORRECTIONAL INSTITUTION
    500 ORANGE AVENUE CIRCLE
    BELLE GLADE, FL 33430-5221

    Your daytime phone number: (561) 996-5241 (c/o MR. ALONSO PERKINS, CPO-II, CLASSIFICATION SUPERVISOR, GLADES C.I.); FAX (561)992-1355.
    Your age: 26    Your years of schooling: 11

    Your social security number: 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

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

(Instructions on Back)

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Dental | ☒ Other TALLAHASSEE SERVICE CENTER (INMATE BANK STATEMENTS) |
|---|---|---|---|---|

| FROM: | Inmate Name TODD RICHARDSON | DC Number 961139 | Quarters C3-2020 | Job Assignment REC AIDE | Date 07AUG01 |
|---|---|---|---|---|---|

## REQUEST

TO WHOM IT MAY CONCERN:
  PLEASE COMPLETE THE ATTACHED "CERTIFICATE REGARDING INMATE ACCOUNT" AND ATTACH A SIX (6) MONTH ACCOUNT STATEMENT FOR SUBMISSION TO THE 11th U.S. CIRCUIT COURT OF APPEALS, (CASE NO: 01-14119-J). THIS IS A DEADLINE.
                                THANK YOU!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: _____

Distribution: White -Returned to Inmate  Pink -Retained by official responding, or if the response is to an
             Canary -Returned to Inmate        informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

UNITED STATE'S COURT OF APPEALS
ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W.
ATLANTA, GA 30303

TODD RICHARDSON,  **
    Appellant/Petitioner,  ** CASE NO: 01-14119-J
vs.-  **
SEC./FLA. DEPT. CORR.,  ** D.C. DKT. NO: 00-06185 CV-WDF
    Appellee(s)/Respondent(s).  **
  **

## CERTIFICATE REGARDING INMATE ACCOUNT

I HEREBY CERTIFY that the Appellant/Petitioner, TODD RICHARDSON, State Of Florida, Department Of Corrections DC# 961139, has the sum of:

$ _____,

on account to his credit at Glades Correctional Institution, (via the) Tallahassee Central Office Service Center, where he is currently confined.

I further certify that during the last six (6) months, the Petitioner's average daily balance was:

$ _____.

**ATTACHED IS A STATEMENT OF THE PETITIONER'S INMATE BANK ACCOUNT FOR THE LAST SIX (6) MONTHS.**

                              Tallahassee Service Center Representative
                              1-866-209-7250

                              Florida Department Of Corrections
                              Centerville Station
                              P. O. Box 12100
                              Tallahassee, FL 32317-2100