## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

TODD RICHARDSON,                    Case No. 00-6185-CIV-FERGUSON

    Petitioner,

v.

MICHAEL W. MOORE,

    Respondent.

_____/

> FILED by _____ D.C.
>
> SEP 2 : 200
>
> ... ... ... Clerk
> ... ... U.S. Dist. Ct.
> S.D. of Fla. Ft. LAUD.

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS CAUSE** came before the Court upon the Petitioner's Motion to Proceed In Forma

Pauperis [D.E. 19]. It is hereby

    **ORDERED AND ADJUDGED** that the motion [D.E. 19] is **GRANTED**.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 21st day of

September, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies provided:
Todd Richardson, *Pro se*
Robert Wheeler, AAG

