Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

*FILED by _____ D.C.*
*NOV - 9 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

November 06, 2001

RE: 01-14119-JJ    Todd Richardson v. Sec. for the Dept. of Corr.
DC DKT NO.:  00-06185 CV-WDF

TO:   Clarence Maddox

CC:   Todd Richardson (#961139)

CC:   Bart Schneider

CC:   Robert R. Wheeler

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

November 06, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301



RE: 01-14119-JJ      Todd Richardson v. Sec. for the Dept. of Corr.
DC DKT NO.:  00-06185 CV-WDF

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on <u>November 2, 2001</u>.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: April Richards (404) 335-6179

Encl.

DIS-2CIV (2-2000)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-14119-JJ

TODD RICHARDSON,

00-6185-cv-WDF

Petitioner-Appellant,



versus

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS, Michael W. Moore,

Respondent-Appellee.

Appeal from the United States District Court for the

Southern District Of Florida



ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief within the time fixed by the rules, effective this 6th day of November, 2001.

    THOMAS K. KAHN
    Clerk of the United States Court
    of Appeals for the Eleventh Circuit

    By: April Richards
        Deputy Clerk

    FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40