**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #01-14119-JJ      Date: March 18, 2002
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6185-CV-WDF
56 Forsyth St., N.W.                      USCA # 01-14119-JJ
Atlanta, GA  30303
```

IN RE: **Richardson v. Dept. of Corrections**

================================================================

**Certificate of Readiness and Transmittal of Record on Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

  _2_ Volumes of Pleadings

Judge The Honorable Wilkie D. Ferguson, Jr.

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                  Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
       Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                      CHS      CLOSED
                                                      APPEAL
              U.S. District Court
     Southern District of Florida (FtLauderdale)

        CIVIL DOCKET FOR CASE #: 00-CV-6185

Richardson v. Dept. of Corrections                 Filed: 02/04/00
Assigned to: Judge Wilkie D. Ferguson, Jr.
Demand: $0,000                              Nature of Suit: 530
Lead Docket: None                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)


TODD RICHARDSON                    Todd Richardson
     plaintiff                     ppp
                                   0-961139
                                   [COR LD NTC] [PRO SE]
                                   Glades Correctional Institution
                                   500 Orange Avenue Circle
                                   Belle Glade, FL 33430-5221

     v.


SECRETARY FOR THE DEPARTMENT       Robert R. Wheeler
OF CORRECTIONS, Michael W.         561-688-7759
Moore                              Suite 300
     defendant                     [COR LD NTC]
                                   1655 Palm Beach Lakes Boulevard
                                   West Palm Beach, FL 33401
```



Docket as of March 18, 2002 11:32 am                Page 1

```
Proceedings include all events.                                    CHS
0:00cv6185 Richardson v. Dept. of Corrections              CLOSED APPEAL
```

TODD RICHARDSON

        plaintiff

  v.

SECRETARY FOR THE DEPARTMENT OF CORRECTIONS, Michael W. Moore

        defendant

```
Proceedings include all events.                                          CHS
0:00cv6185 Richardson v. Dept. of Corrections      Beg vol. 1    CLOSED APPEAL

2/4/00   ①    COMPLAINT/PETITION for writ of habeas corpus 28 USC 2254
              filed; No Fee, No IFP; CHS; B-6 (ea) [Entry date 02/07/00]

2/4/00   ②    MEMORANDUM by Todd Richardson in support of [1-1] habeas
              corpus complaint (ea) [Entry date 02/07/00]

2/4/00   ③    Clerk's Order of Magistrate Judge Assignment to Magistrate
              Charlene H. Sorrentino, re: Administrative Order (ea)
              [Entry date 02/07/00]

2/22/00  ④    INITIAL ORDER OF INSTRUCTIONS TO PRO SE LITIGANT (Signed by
              Magistrate Judge Charlene H. Sorrentino on 2/22/00) CCAP
              [EOD Date: 2/23/00] (ea) [Entry date 02/23/00]

2/22/00  ⑤    ORDER REQUIRING PAYMENT OF FILING FEE OR MOTION TO PROCEED
              IFP on or before 3/17/00 (Signed by Magistrate Judge
              Charlene H. Sorrentino on 2/22/00) CCAP [EOD Date: 2/23/00]
              (ea) [Entry date 02/23/00]

2/22/00  ⑥    ORDER to petitioner to respond to limitations period on or
              before 3/17/00 (Signed by Magistrate Judge Charlene H.
              Sorrentino on 2/22/00) CCAP [EOD Date: 2/23/00] (ea)
              [Entry date 02/23/00]

2/29/00  ⑦    CLERK'S RECEIPT for: filing fee paid by Todd Richardson.
              AMOUNT: $ 5.00 RECEIPT # 518677 (dp) [Entry date 03/01/00]

3/2/00   ⑧    ORDER TO SHOW CAUSE why this petition should not be granted;
              Response to Order to Show Cause due 5/3/00 (Signed by
              Magistrate Judge Charlene H. Sorrentino on 3/2/00) CCAP
              [EOD Date: 3/3/00] (ea) [Entry date 03/03/00]

3/17/00  ⑨    MOTION by Todd Richardson to proceed in forma pauperis (dp)
              [Entry date 03/20/00]

3/17/00  --   Motion(s) referred: [9-1] motion to proceed in forma
              pauperis referred to Magistrate Judge Charlene H.
              Sorrentino (dp) [Entry date 03/20/00]

3/17/00  ⑩    RESPONSE by Todd Richardson to [6-1] order (dp)
              [Entry date 03/20/00]

3/29/00  ⑪    ORDER denying [9-1] motion to proceed in forma pauperis
              (Signed by Magistrate Judge Charlene H. Sorrentino on
              3/29/00) CCAP [EOD Date: 3/29/00] (ea)

4/21/00  12   ANSWER to Complaint by Dept. of Corrections    (Attorney
              Robert R. Wheeler) (dp) [Entry date 04/24/00]    Vol. 2

10/5/00  ⑬    REPORT of Magistrate Judge Charlene H. Sorrentino Signed
              on: 10/5/00 recommending that this petition for writ of
              habeas corpus be denied. Case no longer referred.
              Objections to R and R due by 10/15/00 CCAP (ea)
              [Entry date 10/06/00]
```

Proceedings include all events.                                                    CHS
0:00cv6185 Richardson v. Dept. of Corrections               CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 10/17/00 | 14 | OBJECTIONS by Todd Richardson to [13-1] report and recommendations (ss) [Entry date 10/18/00] |
| 10/23/00 | 15 | FINAL ORDER adopting [13-1] report and recommendations denying petition ( Signed by Judge Wilkie D. Ferguson Jr. on 10/23/00) CCAP [EOD Date: 10/24/00]  CCAP (dp) [Entry date 10/24/00] |
| 10/23/00 | -- | CASE CLOSED. Case and Motions no longer referred to Magistrate. (dp) [Entry date 10/24/00] |
| 12/1/00 | 16 | MOTION by Todd Richardson for certificate of appealability (gf) [Entry date 12/06/00] |
| 12/1/00 | 16 | NOTICE OF APPEAL by Todd Richardson of [15-1] order   EOD Date: 10/24/00;  Filing Fee: $ NO FEE PAID;  Copies to USCA and Counsel of Record. (gf) [Entry date 07/18/01] |
| 5/2/01 | 17 | ORDER granting [16-1] motion for certificate of appealability ( Signed by Judge Wilkie D. Ferguson Jr. on 5/2/01) CCAP [EOD Date: 5/3/01] (gf) [Entry date 05/03/01] |
| 7/18/01 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [16-1] appeal  by Todd Richardson  as to Todd Richardson (gf) |
| 7/27/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Todd Richardson  Re: [16-1] appeal  by Todd Richardson  USCA NUMBER: 01-14119-J (dl) [Entry date 07/30/01] |
| 8/13/01 | 19 | AFFIDAVIT ACCOMPANYING MOTION by Todd Richardson to proceed in forma pauperis on appeal (gf) [Entry date 08/16/01] |
| 8/14/01 | 18 | TRANSCRIPT INFORMATION FORM by Todd Richardson  re: [16-1] appeal  by Todd Richardson received. (Forwarded to Court Reporter Coordinater) (gf) |
| 9/21/01 | 20 | ORDER Granting [19-1] motion to proceed in forma pauperis on appeal (Signed by Judge Wilkie D. Ferguson Jr. on 9/21/01) [EOD Date: 9/24/01] (ss) [Entry date 09/24/01] |
| 10/10/01 | -- | REQUEST from U.S.C.A. dated: 10/5/01  Re: Original Papers Filed  Complied with on: 10/10/01  U.S.C.A. # 01-14119-J (dl) |
| 10/17/01 | -- | ACKNOWLEDGMENT of  receipt by U.S.C.A. of: Original Papers Filed on 10/17/01;  U.S.C.A. # 01-14119-J (dl) [Entry date 10/19/01] |
| 10/30/01 | -- | Record on appeal as to Todd Richardson returned from U.S. Court of Appeals: [16-1] appeal  by Todd Richardson  USCA #: 01-14119-JJ (gf) [Entry date 10/31/01] |

```
Proceedings include all events.                                              CHS
0:00cv6185 Richardson v. Dept. of Corrections      Vol. 1 cont.     CLOSED APPEAL
```

| | | |
|---|---|---|
| 11/9/01 | (21) | ORDER of dismissal from USCA (certified copy) dismissing [16-1] appeal for want of prosecution because appellant failed to file an appellant's brief within the time fixed by the rules. USCA #: 01-14119-JJ USCA Order Date: 11/06/01 (gf) [Entry date 11/15/01] |
| 3/18/02 | (22) | Certificate of readiness and Transmittal of Record on Appeal as to Todd Richardson transmitted to USCA Re: [16-1] appeal by Todd Richardson USCA NUMBER: 01-14119-JJ (dl) |

*End. vol. 1*